FILED
CLERK, U.S. DISTRICT COURT

MAY 21, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN LEOMEN ROSS,<br><br>Defendant. | Case No.  CR 24-0183-DSF<br><br>ORDER OF DETENTION |

I.

On May 21, 2024, Defendant made his initial appearance on the indictment filed in this matter. Deputy Federal Public Defender, Adithya Mani, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Matt Coe-Odess. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, the report prepared by U.S. Probation and Pretrial Services, and its recommendation.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant has no family ties to the Central District of California.

☒ Information regarding residence, education, number of children, and employment history is not verified and inconsistent

☒ History of Substance abuse

☒ Lack of bail resources

☒ Multiple failures to appear and violations of court orders

☒ commission of alleged offense while on parole

As to danger to the community:

☒ allegations involve violent conduct – defendant assaulted a postal worker resulting in great bodily injury.

☒ history of substance abuse

☒ criminal history involves repeated pattern of similar criminal conduct, including prior violations of court orders (2017), felony convictions for robbery (2005, 2019), narcotics (2008, 2010, ), and grand theft (2018), and misdemeanor convictions for domestic violence (2003, 2004, 2017) battery (2015), false identification to peace officers (2004), narcotics related (2015, 2016), trespass (2017, 2019) carrying concealed dagger (2015), obstruction (2019), theft (2019),and contempt (2017).

☒ commission of alleged offense while on parole

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: My 21, 2024

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE